

**MICHAEL W. DOBBINS**
CLERK

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604



September 22, 2005

Ms. Laura A. Briggs
Clerk
United States District Court
105 Birch Bayh Federal Bldg and
 United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

RE: U.S.A. vs. Evarado Lira-Esquivel
Case No: 05cr753-1

Dear Clerk of Court:

Enclosed please find copies of the complete case file in connection with removal proceedings conducted in this District regarding the above named case:

(X) Docket Sheet

(x) Affidavit in Removal Proceedings

( ) Financial Affidavit

( ) Order appointing counsel

( ) CJA 20 Form

( ) Appearance form

( ) Other

( ) Temporary Commitment

( ) Final Commitment

(x) Order of Removal

( ) Order setting conditions of release

( ) Detention Order

(x) Appearance Bond

( ) Pretrial Release Order

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

MICHAEL W. DOBBINS, CLERK

By: _____
Ellenore Duff, Deputy Clerk